No. 64974.—Walter Hatches, Inc., and W. J. Byrnes & Co. of N.Y., Inc. *v.* United States, protests 60/7814, 60/8263, and 60/9086 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of candlesticks similar in all material respects to those the subject of *Mottahedeh Creations, Ltd., et al.* v. *United States* (43 Cust. Ct. 9, C.D. 2095), the claim of the plaintiffs was sustained.

No. 64975.—Inter Maritime Fwdg. Co., Inc. *v.* United States, protest 60/4042 (New York).

Opinion by WILSON, J. The protest was dismissed.

BEFORE THE THIRD DIVISION, DECEMBER 21, 1960

No. 64976.—Balfour, Guthrie & Co., Limited v. United States, protest 286053–K (Norfolk).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

No. 64977.—Close & Stewart *v.* United States, protests 312699–K and 294227–K (Seattle).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.